**FILED**

**NOVEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**07 C 6241**

|  |  |  |
|---|---|---|
| 1200 ASHLAND, LLC, an Illinois limited liability company | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. |
| LAWYERS TITLE INSURANCE CORPORATION, a Nebraska corporation | ) ) ) | |
| Defendant. | ) ) ) | |

**JUDGE MORAN**
**MAGISTRATE JUDGE NOLAN**

## AFFIDAVIT OF FILING

The undersigned attorney hereby certifies that a copy of the Notice of Removal of the above-styled cause from the Circuit Court of Cook County, Illinois, to this Court, together with copies of all process, pleadings, and orders served upon Lawyers Title Insurance Corporation, will be filed with the Clerk of the Circuit Court of Cook County, Illinois, on November 5, 2007, and that true and correct copies of said documents will be served on the attorney for the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Albert E. Fowerbaugh, Jr.
One of the Attorneys for Defendant

Albert E. Fowerbaugh, Jr. (6201219)
Michael G. Salemi (6279741)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-1871
Fax: 312-896-6571

Mark T. Davenport
Texas State Bar No. 05418000
(application for admission pending)
Amanda Sotak
Texas State Bar No. 24037530
(application for admission pending)
FIGARI & DAVENPORT, L.L.P.
901 Main Street, LB 125
Dallas, Texas 75202-3796
Phone: 214-939-2000
Fax: 214-939-2090

## CERTIFICATE OF SERVICE

I, Albert E. Fowerbaugh, Jr., certify that on November 5, 2007, I served a true copy of the preceding upon all counsel of record by filing it with the Court via the Court's electronic filing system.

/s/    Albert E. Fowerbaugh, Jr.

CHI1 1426850v.1