**FILED**
**NOVEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6241**

| | |
|---|---|
| 1200 ASHLAND, LLC, an Illinois limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. |
| LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation | ) ) ) ) |
| Defendant. | ) ) |

**JUDGE MORAN**
**MAGISTRATE JUDGE NOLAN**

### DEFENDANT'S DISCLOSURE STATEMENT

Defendant, Lawyers Title Insurance Corporation ("Lawyers Title"), by and through its counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 makes the following disclosure:

Lawyers Title is a wholly owned subsidiary of LandAmerica Financial Group Inc., a publicly held corporation.

LAWYERS TITLE INSURANCE CORPORATION

By: /s/ Albert E. Fowerbaugh, Jr.
One of the Attorneys for Defendant

Albert E. Fowerbaugh, Jr. (6201219)
Michael G. Salemi (6279741)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-1871
Fax: 312-896-6571

Mark T. Davenport
Texas State Bar No. 05418000
(application for admission pending)
Amanda Sotak
Texas State Bar No. 24037530
(application for admission pending)
FIGARI & DAVENPORT, L.L.P.
901 Main Street, LB 125
Dallas, Texas 75202-3796
Phone: 214-939-2000
Fax: 214-939-2090

CHI1 1426852v.1

## CERTIFICATE OF SERVICE

I, Albert E. Fowerbaugh, Jr., certify that on November 5, 2007, I served a true copy of the preceding upon all counsel of record by filing it with the Court via the Court's electronic filing system.

/s/     Albert E. Fowerbaugh, Jr.

CHI1 1426852v.1