FILED
NOVEMBER 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

07 C 6241

| | | |
|---|---|---|
| 1200 ASHLAND, LLC, an Illinois limited liability company | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | C.A. No. _____ JUDGE MORAN MAGISTRATE JUDGE NOLAN |
| LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation | § § § § | |
| Defendant. | § | |

### DECLARATION OF SALLY A. SHERMAN

1. My name is Sally A. Sherman. I am currently employed by Lawyers Title Insurance Corporation ("Lawyers Title") as a Vice President, Claims Center Manager. In that capacity, I have personal knowledge of the statements set forth in this Declaration, and they are all true and correct.

2. Lawyers Title is currently a Nebraska corporation with its principal place of business in Glen Allen, Virginia, and was at the time the above referenced action was filed.

3. Attached hereto as Exhibit A is a true and correct copy of a letter Lawyers Title received on November 22, 2006 from counsel representing the plaintiff in the above referenced case, asserting a claim under its owner's policy of title insurance and demanding reimbursement of $3,083,120.00 from Lawyers Title.

**DECLARATION OF SALLY A. SHERMAN** – Page 1

**EXHIBIT 1**

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 31st day of October, 2007.

*Sally A. Sherman*
_____
Sally A. Sherman

**VEDDER PRICE**

PEARL A. ZAGER
312-609-7548
pzager@vedderprice.com

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
312-609-7500
FAX: 312-609-5005

CHICAGO • NEW YORK CITY • WASHINGTON, DC • ROSELAND, NJ

November 15, 2006

**BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED
AND REGULAR MAIL**

NOV 2 2 2006

Lawyers Title Insurance Corporation
Consumer Affairs Department
P. O. Box 27567
Richmond, Virginia 23261-7561

    Re:    ALTA Owner's Policy File No. N 01040691
              dated December 23, 2004
              <u>1200 North Ashland Avenue, Chicago, Illinois</u>

Dear Sir/Madam:

    We represent 1200 Ashland LLC, an Illinois limited liability company, the owner insured under the captioned owner's policy of title insurance. This letter constitutes a claim based on Location Endorsements 4 and 5 and Zoning Endorsement 3.1 to the policy.

    The insured discovered that the survey prepared by Geopool CML Engineers Land Surveyors dated April 15, 2004 No. 04-074 does not accurately depict the exterior boundaries of the land or show the proper dimensions of said boundaries. Specifically, the majority of Lot 2 in Fish's subdivision, as more fully described in the third of five tracts within Parcel 1 of Exhibit A to Schedule A of the policy, should not be included in the land. Except for the northwest corner, it does not "fall within Lot 2 of the Assessor's Division aforesaid in Cook County, Illinois." As a result, the land described in Schedule A is not contiguous to each other. There is a gap approximately 25 feet wide by 100 feet long. A copy of the ALTA/ACSM Land Title Survey prepared by National Survey Service, Inc. dated May 11, 2006 No. N-126706 demonstrating these two defects is enclosed. These defects are insured under Location Endorsements 4 and 5.

    In addition, upon its application for a building permit, the insured discovered that:

    (a)    According to applicable zoning ordinances and amendments thereto, the land is not classified B1-3 (Parcel 3) and B3-2 (Parcels 1 and 2). Instead, the land is classified as Business Planned Development No. PD300.

CHICAGO/#1572082.1



**Exhibit A**

VEDDERPRICE

Lawyers Title Insurance Corporation
November 15, 2006
Page 2

    (b)    The insured's intended construction of dwelling units above the ground floor is not allowed under the correct classification.

These defects are insured under Zoning Endorsement 3.1.

    As a consequence, title is unmarketable, and the appraisal value of the land has decreased by $3,073,120.00.

    We hereby demand that you promptly reimburse 1200 Ashland LLC for the sum of $3,073,120.00 plus attorneys' fees and costs to resolve this matter in the amount of $10,000.00, which continue to accrue, for a total reimbursement of not less than $3,083,120.00.

Sincerely,

Pearl A. Zager

PAZ/lf
Enclosure
cc:    Jeffrey Brand, Esq. (w/o enc.)
        Karen P. Layng, Esq. (w/o enc.)