IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **1200 ASHLAND, LLC, an Illinois limited liability company** )<br>)<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**LAWYERS TITLE INSURANCE CORPORATION, a Nebraska corporation** )<br>)<br>)<br>Defendant. ) | Case No. 07 C 6241<br><br>The Honorable<br>James B. Moran |

## NOTICE OF FILING

TO:　　Albert E. Fowerbaugh, Jr.　　　　Mark T. Davenport and Amanda Sotek
　　　　DLA Piper US LLP　　　　　　　　Figari & Davenport, L.L.P.
　　　　203 North LaSalle Street　　　　901 Main Street, LB 125
　　　　Chicago, IL 60601　　　　　　　Dallas, Texas 75202-3796

　　　　Michael G. Salemi
　　　　Locke Lord Bissell & Liddell LLP
　　　　111 South Wacker Drive
　　　　Chicago, IL 60606

　　　　**PLEASE TAKE NOTICE** that on the 26th day of February, 2007, we filed with the Clerk of the United State District Court for the Northern District of Illinois, Eastern Division, the **REPORT OF FED. R. CIV.P. 26(f) PLANNING CONFERENCE,** a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**1200 S. ASHLAND, LLC**


　　　　　　　　　　　　　　　　　　　　By:＿＿＿s/ William Ejzak＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

William Ejzak
Attorney No. 6206826
**BROWN, UDELL & POMERANTZ, LTD**.
1332 North Halsted Street – Suite 100
Chicago, Illinois 60622
(312) 475-9900

Case 1:07-cv-06241     Document 16     Filed 02/26/2008     Page 2 of 2