



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:        Albert E. Fowerbaugh, Jr.

FIRM:         DLA Piper US LLP

STREET ADDRESS: 203 N. LaSalle Street

CITY/STATE/ZIP:   Chicago, Illinois  60601

PHONE NUMBER:   (312) 368-6804

E-MAIL ADDRESS: albert.fowerbaugh@dlapiper.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   06201219

If you have previously filed an appearance with
this Court using a different name, enter that name:

**FILED**
JN
AUG 28 2008
Aug 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 00 C 5658 | Fidelity National Title v. Intercounty Nat'l Title | Charles R. Norgle |
| 05 C 5749 | Independent Trust Corp. v. Fidelity National Title | Rebecca R. Pallmeyer |
| 07 C 6241 | 1200 Ashland, LLC v. Lawyers Title Ins. Corp. | James Moran |
| 03 CR 779 | United States v. Capriotti, et al. | James Moran |
|  |  |  |
|  |  |  |

_____         August 28, 2008
Attorney's Signature                              Date